In the Matter of the Suspension of
the Driving Privileges of:

McEUEN,
*Respondent,*

*v.*

MOTOR VEHICLES DIVISION,
*Appellant.*

(84-1984-E; CA A35227)

706 P2d 184

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Michael L. Mowrey, Grants Pass, argued the cause for respondent. On the brief were R. Daniel Simcoe, and Burrows, Simcoe & Mowrey, Grants Pass.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

The Motor Vehicles Division appeals from the order of the circuit court that reversed its administrative suspension of petitioner's driving privileges for refusal to take a breath test. The trial court held that the suspension was invalid, because petitioner was not informed he had a right to an independent test if his blood alcohol level was less than .08 percent. We reverse and reinstate Division's order of suspension. *Wimmer v. Motor Vehicles Division,* 75 Or App 287, 706 P2d 182 (1985).